**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re: | |
| Ernest L. Hollins, Jr. | Case No.: 23-18435-MCR |
| Appeakrong Boakye, | Chapter 13 |
| *Debtors* | |

**ORDER SUSTAINING OBJECTION
TO CLAIM OF THE COMPTROLLER OF MARYLAND
(CLAIM NO. 15)**

Upon consideration of the Objection to the claim of the Comptroller of Maryland ("Comptroller") filed by the Debtors (the "Objection"), and any the opposition thereto; and the Court having determined that the relief requested in the Objection appears appropriate under the circumstances, it is by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED, that the Comptroller's claim is disallowed.

**END OF ORDER**

cc:

Debtors
Eric S. Steiner (via CM/ECF)
Chapter 13 Trustee
U.S. Trustee
Comptroller of Maryland