IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>Ernest L. Hollins, Jr.<br>Appeakrong Boakye,<br><br>*Debtors* | Case No.: 23-18435-MCR<br>Chapter 13 |

**DEBTORS' RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Ernest L. Hollins, Jr. and Appeakrong Boakye ("Debtors"), by undersigned counsel and pursuant to 11 U.S.C. § 1307, hereby response to the Motion to Dismiss ("Motion") filed by the Chapter 13 trustee, and in support thereof, state:

1. On November 20, 2023 (the "Petition Date"), the Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No. 23-18435.

2. Timothy P. Branigan was appointed Chapter 13 trustee in this matter.

3. On May 28, 2024, this Court entered an order confirming the Debtors' Chapter 13 plan.

4. May 2, 2024, the Comptroller or Maryland filed a proof of claim. In its Claim, the Comptroller alleges that the Debtors owe $16,098.00, $15,429.00 of which is priority.

5. On July 22, 2024, the Debtors filed an Objection to the Comptroller's claim. ECF No.: 31.

6. Resolution of this objection is necessary to determine if the Comptroller has a valid claim.

7. There is no unreasonable delay that is prejudicial to any creditor pursuant to 11 U.S.C. § 1307(c)(1).

WHEREFORE, Ernest L. Hollins, Jr. and Appeakrong Boakye Debtors, respectfully request that this Court deny the Motion.

Respectfully submitted,

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
P.O. Box 17598, PMB 83805
Baltimore, MD 21297
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF system to:

   Timothy P. Branigan
   Chapter 13 Trustee

I FURTHER CERTIFY that on this 22nd day of July, 2024, a true and correct copy of the foregoing was sent via first class mail, postage prepaid, to:

| | |
|---|---|
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Comptroller of Maryland<br>c/o Andrew John Henslee<br>301 W. Preston Street<br>Baltimore, MD 21201 |
| Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, Maryland | Comptroller of/Maryland<br>c/o Brooke E. Lierman<br>P. O. Box 466<br>Goldstein Treasury Building<br>80 Calvert St.<br>Annapolis, MD 21404 - 0466 |

*/s/ Eric S. Steiner*
Eric S. Steiner

2